UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE:  CAMDEN                                                July 18, 2023

**MAGISTRATE JUDGE SHARON A. KING**

Court Reporter:   Recorded

Title of Case:                                            Docket # 23-1961 & 23-1945(KMW/SAK)
CATALYST
     VS
MSN LABORATORIES

Appearances:
Paul Ainsworth & Dennies Varughese & Charles Chevalier, Esqs. for plaintiff
Sri Fankaran & Hoda Risai-Bashjawish, Esqs. for deft.

Nature of Proceedings:     INITIAL SCHEDULING CONFERENCE
                                              (ON THE RECORD)
Scheduling Order to be entered


Time Commenced   11:00 am   Time Adjourned   11:10 am   Total Time: 10 Minutes


                                                    s/ *Marnie Maccariella*
                                                    **DEPUTY CLERK**


cc:  Chambers